UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Melissa Forshey, et al.

v.

Living Social, et al.

**Case No:** 13-7059

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Jeremy De La Garza

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Christopher A. Bandas

Direct Phone: (361) 698-5200  Fax: (361) 698-5222  Email: cbandas@bandaslawfirm.com

**2nd Counsel:**

Direct Phone: ( ) -  Fax: ( ) -  Email:

**3rd Counsel:**

Direct Phone: ( ) -  Fax: ( ) -  Email:

**Firm Name:** Bandas Law Firm, P.C.

**Firm Address:** 500 N. Shoreline Blvd., Suite 1020, Corpus Christi, TX 78401

**Firm Phone:** (361) 698-5200  Fax: (361) 698-5222  Email:

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)