Christopher A. Bandas
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
cbandas@bandaslawfirm.com

*Attorneys for Appellant Jeremy De La Garza*

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FORSHEY, et al. v. LIVING SOCIAL, INC., et al. _____ In re: Livingsocial Marketing and Sales Practices Litigation- Mdl No. 2254 | Case No. 13-7059 |

MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

  Pursuant to Fed. R. App. P. 26(b) and Cir. R. 28(e), Appellant Jeremy De La Garza ("Appellant") respectfully requests, due to the press of other business, a sixty (60) day extension of time to file his opening brief. All parties have been informed of this request. Appellant is filing this motion as opposed. This is Appellant's first request for an extension of time.

  Appellant's brief currently is due on November 19, 2013. Grant of a 60-day extension by the Court would place the due date on or before January 20, 2013.

Appellant respectfully requests that the Court grant this sixty (60) day extension on the ground that good cause exists.

Dated: November 12, 2013            Respectfully submitted,

By:      /s/ Christopher A. Bandas
Christopher A. Bandas
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
cbandas@bandaslawfirm.com

*Attorneys for Appellant Jeremy De La Garza*

## CERTIFICATE OF CONFERENCE

Upon conference with counsel for Defendant-Appellee and Plaintiff-Appellees, Appellant files this motion as opposed.

     /s/ Christopher A. Bandas
Christopher A. Bandas

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of November 2013, I electronically filed the foregoing document with the Clerk of the Court using the Appellate CM/ECF system which will send notification to all parties registered with the CM/ECF system.

     /s/ Christopher A. Bandas
Christopher A. Bandas