# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| In re: LivingSocial Marketing and Sales Practice Litig., MDL No. 2254 _____ | No. 13-7059 |
| Melissa Forshey, et al., *Plaintiffs-Appellees*, | No. 11-mc-0472 (ESH) U.S. District Court for the District of Columbia |
| v. | |
| LivingSocial, Inc., et al. *Defendants-Appellees*, | |
| v. | |
| Jeremy De La Garza, *Appellant*. | |

## STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL

In accordance with Fed. R. App. P. 42(b), all parties through their undersigned counsel hereby agree to the dismissal of this appeal and ask the Court to enter an order dismissing this appeal, with prejudice, each party to bear its own costs.

Dated: November 19, 2013                    Respectfully submitted,

By: \_\_\_\_\_s/ Christopher A. Bandas\_\_\_
Christopher A. Bandas
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
cbandas@bandaslawfirm.com

*Attorneys for Appellant Jeremy De La Garza*


\_\_\_s/ Kevin K. Green_____
Kevin K. Green
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Tel:  (619) 231-1058
Fax:  (619) 231-7423
kgreen@rgrdlaw.com

*Attorneys for Plaintiffs-Appellees*


\_\_\_s/ Michael G. Rhodes\_\_\_\_\_
Michael G. Rhodes
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Tel: (858) 550-6017
Fax: (858) 550-6420
rhodesmg@cooley.com

*Attorneys for Defendants-Appellees*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 19th day of November 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

                                            By:   __s/ Christopher A. Bandas___
                                                           Christopher A. Bandas